IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANNETTE MERETE
OVERGAARD, Former Wife,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D12-1925

v.

JOHN BATISTA, Former
Husband,

Appellee.

_____/

Opinion filed September 23, 2014.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Thomas L. Powell of Powell & Mack, Tallahassee, for Appellant.

Wendy S. Loquasto of Fox & Loquasto, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

CLARK, WETHERELL, and MAKAR, JJ., CONCUR.